FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

____ FILED    ____ ENTERED
____ LOGGED   ____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUL 20 2009

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____   DEPUTY

Ramon Lopez #325-919
P.O. Box 534 J.C.T.
Jessup, Maryland.
20794

(Full name, prison identification
number and address of the plaintiff)

v.   E.L.I.

Civil Action No. PJM-09-1942
(Leave blank. To be filled in by Court.)

(1) Kathleen Green Warden 30920
" Jane Doe Dr.-{Revels neck RD.
" Jhon Doe Dr.  Westover, MD. 21890
(2) Jane Doe Dr.  Salisbury hospital-Peninsula-medical center
" John Doe Dr.  100 East Caroll Street Salisbury, MD 21801-5422
(3) Dr. Gideon Ahnatu P.O. Box 534
" JCI. Jessup, MD 20794
(4) Dr. Jane Doe  University of Baltimore, MD.-medical-center
" Dr John Doe hospital  22 south Green street Baltimore, MD. 21201

(Full name and address of the defendant(s))

COMPLAINT

I.   **Previous lawsuits**

A.   Have you filed other cases in state or federal court dealing with the same facts as in
this case or against the same defendants?

YES [ ]   NO [✓]

B.   If you answered YES, describe that case(s) in the spaces below.

1.   Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

1983 Complaint Rev. (4/10/2006)

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

## II. Administrative proceedings

A. If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

YES [   ]   NO [✓]

1. If you answered YES:

   a. What was the result? _____

   _____

   b. Did you appeal to the Commissioner?

   YES [   ]   NO [✓]

2. If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the

   Commissioner. I was hospitalyzed with Pancreas disease heavily medicated from Juely 15, 2007 – December 31, 2007

3. Did you file any other type of administrative complaint such as an appeal to

the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

YES [ ]     NO [ ✗ ]

4.     If you answered YES, explain what you filed and what was the result.

_____

_____

_____

**B.**     If you are <u>not</u> in a Division of Correction facility, is there a grievance procedure at your institution?

YES [ ]     NO [ ]

If your answer is YES:

1.     Did you file a grievance?

YES [ ]     NO [ ]

2.     If you filed a grievance what was the result? _____

_____

3.     If you did not file a grievance explain why not? _____

_____

**III.    Statement of claim**

(Briefly state the facts of your case.  Include dates, times, and places.  Describe what each defendant did or how he/she is involved.  If you are making a number of related claims, number and explain each claim in a separate paragraph.)

① Plaitiffs' request for Hepititis-C-disease treatment was dennied when made directly to Dr. at E.C.I. November, 2006. Plaintiff was a chronic care patient monitored for Hep C every ninety 90 days. Plaintiff was not seen after request for treatment.

When Plaintiff, appointed to see Dr. after sick call. in May and June of 2007, complained of pain in liver area, Plaitiffs' pain-continued.

**IV.    Relief**

(State briefly what you want the Court to do for you)

Plaintiff seeks injunctive relief for monitoring pancreas disease and compensatory, nominal, and/or punitive damages.

SIGNED THIS _13_ day of _July_ _2009_.

_Ramon Lopez_
(original signature of plaintiff)

P.O. Box 534 J.C.I.
Jessup, MD. 20794

_____
(address of plaintiff)

continued

III Statement of claim:

was ill-diagnosed as heart burn. Plaintiff was finally rushed to Salisbury hospital with a sevier-case of pancreatitis disease on July 15, 2007.

② After numerous tests and medical proceedures Salisbury hospital discharged Plaintiff. The plaintiff was then transported to J.C.I. hospital via ambulance. August 7, 2007 During his stay at JCI hospital plaintiff was transported to the University of Baltimore hospital where his first appointment involved a CT-scan. After fifteen days plaintiff was transported back to the University of Baltimore hospital where the surgeon said plaintiff was fine and recovering.

Plaintiff underwent at least ten CT scans, one MRI, 5 ultra-sounds, a liver biopsy, two pancreas biopsies, liquid was extra-cted from plaintiffs lungs. All this was after plaintiff was rushed to Salisbury hospital where test revieled that all of plaitiffs organs had shut down and plaintiff was dehydrated. Plaintiff remained fed and hydra-ted through T.P.N. from July 15 through out his stay.

③ After threatening to file a lawsuit on Dr. Gideon Atnaffu the Dr. at JCI under who's care plaintiff was, Plaint-iff was rushed to the University of Baltimore where plaintiff was operated for necrotizing pancreatitis.

④ Plaintiffs pancreas, which was killed off by the disease, had literally rotted inside of plaintiff. Plaintiff was opperated September 25, 2007 seventy-two days after plaintiffs initial break down. Plaintiff claims 8th and 14th amendment arbitrary, capricious, diléberate indifference to plaintiffs medical needs in their official capacity under color of office.

# Certificate Of Service

I hereby certify that on this 13th day of July, 2009, a copy of this Civil Rights Act, 42 USC. § 1983, was mailed, postage prepaid, to: Clerk, United States District Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201.

Note:
I reserve the right to amend this claim by this honorable Court's limitations.
Thank you.

Ramon Lopez #325949
Ramon Lopez #325949